**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Trista Lynn Cook** | : | Case No. 14−70498−JAD |
| **fka Trista Lynn Palko** | : | Chapter: 13 |
| **Robert Anthony Cook** | : | |
| *Debtor(s)* | : | |
| | : | |
| JPMorgan Chase Bank, N.A. | : | Related to Claim No. 17 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Trista Lynn Cook | : | |
| fka Trista Lynn Palko | : | |
| Robert Anthony Cook | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

   **AND NOW**, this **2nd day of September, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***JPMorgan Chase Bank, N.A.*** at Claim No. 17 in the above−captioned bankruptcy case,

   It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

   (1)   an ***AMENDED CHAPTER 13 PLAN;***

   (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

   (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

   *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.


                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-70498-JAD
Trista Lynn Cook                                                        Chapter 13
Robert Anthony Cook
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: ddoy          Page 1 of 1          Date Rcvd: Sep 02, 2016
                              Form ID: 237        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db/jdb         +Trista Lynn Cook,    Robert Anthony Cook,    1404 Rodgers Street,    Nanty Glo, PA 15943-1347
13958069       +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               bsolomon@tuckerlaw.com,    dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              David A. Colecchia    on behalf of Joint Debtor Robert Anthony Cook colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Debtor Trista Lynn Cook colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6