IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF THE UNITED STATES

| | |
|---|---|
| IN RE:  Trista Lynn Cook and Robert Anthony Cook, | Case No. 14-70498 JAD |
| Debtor, | Chapter 13 |
| Trista Lynn Cook and Robert Anthony Cook, | Related to Claim No.   17 |
| Movants, | Docket Document No.  72 |
| vs. | Related to Docket Document |
| JP Morgan Chase Bank National Association, Respondents, | |

ORDER OF COURT

AND NOW, this  21st  day of  August , 2018 sufficient cause being present, the Court grants the Petitioners' request and extends the time to respond to the Respondents Notice of Mortgage Payment Change filed July 24, 2018 until  September 20  2018 .

BY THE COURT:

/s/ JAD
jsf

Jeffery A. Deller, Chief U.S. Bankruptcy Court Judge

FILED
8/21/18 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Trista Lynn Cook  
Robert Anthony Cook  
    Debtors

Case No. 14-70498-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Aug 22, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.  
db/jdb          +Trista Lynn Cook,   Robert Anthony Cook,   1404 Rodgers Street,   Nanty Glo, PA 15943-1347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com  
         Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc. bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
         David A. Colecchia    on behalf of Joint Debtor Robert Anthony Cook colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
         David A. Colecchia    on behalf of Debtor Trista Lynn Cook colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                 TOTAL: 7