**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/02/2019

IN RE:

TRISTA LYNN COOK

Case No.14-70498 JAD

ROBERT ANTHONY COOK

1404 RODGERS STREET

Chapter 13

NANTY GLO,  PA  15943

XXX-XX-8094          Debtor(s)

XXX-XX-9872

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/2/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE\*\*** | Trustee Claim Number:1   INT %: 2.00% | CRED DESC:  VEHICLE |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:5 | ACCOUNT NO.:  2060 |
| PO BOX 4360 | | |
| | CLAIM:  17,896.34 | |
| HOUSTON, TX  77210-4360 | COMMENT:  $/CL-PL@2%MDF/PL | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN BANKRUPTCY PAYMENT PRCSNG | Court Claim Number:17 | ACCOUNT NO.:  6781 |
| 3415 VISION DR | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43219 | COMMENT:  PMT/PL*DKT4LMT*DK*BGN 8/14 | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(\*)** | Trustee Claim Number:3   INT %: 4.88% | CRED DESC:  VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:1 | ACCOUNT NO.:  8272 |
| PO BOX 78367 | | |
| | CLAIM:  20,738.74 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  $-%/STIP-PL@MDF/PL | |

| | | |
|---|---|---|
| **NANTY GLO BOROUGH (EIT)** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| C/O BERKHEIMER TAX ADMIN - DLNQ YRS | Court Claim Number:15 | ACCOUNT NO.:  8094 |
| HAB DLT LEGAL | | |
| PO BOX 20662 | CLAIM:  195.00 | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT:  8094;13*$/CL-PL*NO POD | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:3 | ACCOUNT NO.:  8094 |
| STRAWBERRY SQ | | |
| | CLAIM:  366.68 | |
| HARRISBURG, PA  17128 | COMMENT:  $/CL-PL | |

| | | |
|---|---|---|
| **AES/PHEAA\*\*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 8147\*\* | Court Claim Number: | ACCOUNT NO.:  0001 |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17105 | COMMENT: | |

| | | |
|---|---|---|
| **AT & T MOBILITY II LLC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O AT & T SERVICES INC | Court Claim Number:4 | ACCOUNT NO.:  5360 |
| ONE AT & T WAY RM 3A104 | | |
| | CLAIM:  667.84 | |
| BEDMINSTER, NJ  07921 | COMMENT:  DISPUTED/SCH*STMT THRU 7/1/14 | |

| | | |
|---|---|---|
| **BERKHEIMER TAX ADMINISTRATOR\*\*** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| HAB DLT LEGAL | Court Claim Number: | ACCOUNT NO.:  3570 |
| PO BOX 20662 | | |
| | CLAIM:  0.00 | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT:  3570:13*NO MUNIC/SD INFO~DISPUTED/SCH*PERCAP | |

| | | |
|---|---|---|
| **CAMBRIA SOMERSET RADIOLOGY** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 239 MAIN ST STE 400 | Court Claim Number: | ACCOUNT NO.:  1392 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15901 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:10 | ACCOUNT NO.:  7999 |
| | CLAIM:  473.68 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  CAP ONE/HSBC | |

CLAIM RECORDS

| | | |
|---|---|---|
| **COMCAST*++** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 610 EPSILON DR | Court Claim Number: | ACCOUNT NO.: 8361 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15238 | COMMENT:  DISPUTED | |

| | | |
|---|---|---|
| **CONEMAUGH PHYSICAL GROUP** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 0452 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CONVERGENT OUTSOURCING** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 9004 | Court Claim Number: | ACCOUNT NO.: 2907 |
| | CLAIM:  0.00 | |
| RENTON, WA  98057 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PYOD LLC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:14 | ACCOUNT NO.: 5776 |
| POB 19008 | | |
| | CLAIM:  1,056.34 | |
| GREENVILLE, SC  29602 | COMMENT:  CREDIT ONE | |

| | | |
|---|---|---|
| **CREDIT PROTECTION ASSN.** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| NOEL ROAD | Court Claim Number: | ACCOUNT NO.: 0985 |
| P. O. BOX 802068 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75380 | COMMENT:  COMCAST | |

| | | |
|---|---|---|
| **GERALD FISHER** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2690 WILLIAM PENN AVE STE 3 | Court Claim Number: | ACCOUNT NO.: 4400 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15904 | COMMENT: | |

| | | |
|---|---|---|
| **NATIONAL COLLEGIATE TRUST** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O TOTAL DEBT MANAGEMENT | Court Claim Number:11 | ACCOUNT NO.: 8094 |
| PO BOX 2402 | | |
| | CLAIM:  7,066.48 | |
| COLUMBUS, GA  31902-2402 | COMMENT:  0001/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| FEDLOAN SERVICING | Court Claim Number:13 | ACCOUNT NO.: 8094 |
| POB 530210 | | |
| | CLAIM:  12,899.69 | |
| ATLANTA, GA  30353-0210 | COMMENT:  0002/SCH | |

| | | |
|---|---|---|
| **DR JAMES FEKENCE DMD** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 213 LUTHER RD | Court Claim Number: | ACCOUNT NO.: 0771 |
| | CLAIM:  0.00 | |
| RICHLAND, PA  15973 | COMMENT:  DISPUTED | |

| | | |
|---|---|---|
| **MEMORIAL MEDICAL CNTR** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1086 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.: 2001 |
| | CLAIM:  0.00 | |
| JOHNSTOWN, PA  15901 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **MEMORIAL MEDICAL CNTR** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1086 FRANKLIN ST | Court Claim Number: | ACCOUNT NO.: 5001 |
| | CLAIM: 0.00 | |
| JOHNSTOWN, PA 15901 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **NATIONWIDE INSURANCE** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1000 NATIONWIDE DR | Court Claim Number: | ACCOUNT NO.: 8174 |
| | CLAIM: 0.00 | |
| HARRISBURG, PA 17110 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **ALTAIR OH XIII LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN PINSON & RILEY PS | Court Claim Number:16 | ACCOUNT NO.: 6765 |
| PO BOX 3978 | | |
| | CLAIM: 10,833.27 | |
| SEATTLE, WA 98124-3978 | COMMENT: 8406/SCH | |

| | | |
|---|---|---|
| **PENELEC/FIRST ENERGY\*\*** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 101 CRAWFORDS CORNER RD BLDG #1 STE 1-5 | Court Claim Number:9 | ACCOUNT NO.: 6052 |
| PO BOX 367 | | |
| | CLAIM: 2,780.73 | |
| HOLMDEL, NJ 07733 | COMMENT: | |

| | | |
|---|---|---|
| **PENELEC/FIRST ENERGY\*\*** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 101 CRAWFORDS CORNER RD BLDG #1 STE 1-5 | Court Claim Number: | ACCOUNT NO.: 7277 |
| PO BOX 367 | | |
| | CLAIM: 0.00 | |
| HOLMDEL, NJ 07733 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:12 | ACCOUNT NO.: 1651 |
| | CLAIM: 1,293.66 | |
| NORFOLK, VA 23541 | COMMENT: DISPUTED/SCH*CITIBANK/TRACTOR SUPPLY | |

| | | |
|---|---|---|
| **USSCO FEDERAL CREDIT UNION(\*)** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 532 OAKRIDGE DR | Court Claim Number:2 | ACCOUNT NO.: 9775 |
| | CLAIM: 0.00 | |
| JOHNSTOWN, PA 15904 | COMMENT: SURR/CONF*2BAVD/PL*2508/SCH-PL@UNS~USSCO JOHNSTOWN-T*W/31*CL=200 | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:8 | ACCOUNT NO.: 0001 |
| | CLAIM: 75.14 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:7 | ACCOUNT NO.: 7779 |
| | CLAIM: 130.18 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: | |

| | | |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:6 | ACCOUNT NO.: 0001 |
| | CLAIM: 353.92 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: | |

| | | |
|---|---|---|
| **USSCO FEDERAL CREDIT UNION(*)** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 532 OAKRIDGE DR | Court Claim Number:2 | ACCOUNT NO.:  9775 |
| | CLAIM:  16.36 | |
| JOHNSTOWN, PA  15904 | COMMENT:  SCH@27 | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:3 | ACCOUNT NO.:  8094 |
| STRAWBERRY SQ | | |
| | CLAIM:  18.20 | |
| HARRISBURG, PA  17128 | COMMENT:  NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN BANKRUPTCY PAYMENT PRCSNG | Court Claim Number:17 | ACCOUNT NO.:  6781 |
| 3415 VISION DR | | |
| | CLAIM:  881.52 | |
| COLUMBUS, OH  43219 | COMMENT:  $/CL-PL@CHASE MANHATTAN MRTG CORP*THRU 7/14 | |

| | | |
|---|---|---|
| **CONEMAUGH EMERGENCY PHYSICIANS GRP** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| MEMORIAL MED CTR EMER PHYS GRP | Court Claim Number: | ACCOUNT NO.:  2225 |
| PO BOX 644553 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15264-4553 | COMMENT:  /AMD F | |

| | | |
|---|---|---|
| **CONEMAUGH PHYSICAL GROUP** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.:  0452 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242 | COMMENT:  /AMD F | |

| | | |
|---|---|---|
| **SYNCHRONY BANK++** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.: |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  0.00 | |
| MIAMI, FL  33131-1605 | COMMENT:  CARE CREDIT DENTAL/PRAE | |