IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Trista Lynn Cook | : | Case No.14-70498JAD |
| Robert Anthony Cook | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: 2 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| USSCO FCU | : | |
| | : | Hearing Date |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO COMPEL CREDITOR TO AMEND CLAIM AND RESTRICT PUBLIC ACCESS TO CLAIM

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on May 07, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than May 27, 2019.

5/29/2019
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com