IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Trista Lynn Cook and Robert Anthony Cook : | Bankruptcy No. 14-70498-JAD |
| : | Chapter 13 |
| Debtor : | |
| Trista Lynn Cook and Ronda Winnecoure, Chapter 13 : | |
| Trustee, xxx-xx8094 : | Related to Document No. 83 |
| Movant : | |
| : | |
| v. : | |
| Conemaugh Home Health : | Fifth Amended Motion WO-1 |
| : | |
| Respondent : | |

**CERTIFICATE OF SERVICE OF EX-PARTE ORDER TO PAY TRUSTEE PURSUANT WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 13, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Service by First-Class Mail

Trista Lynn Cook
1404 Rodgers Street
Nanty Glo, PA 15943

Conemaugh Home Health
Attn: Payroll Manager
901 HughWallis Road
S. Lafayette, LA 70508

Service by NEF

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

EXECUTED ON: August 13, 2019

        EXECUTED ON: <u>August 13, 2019</u>

    By: /s/<u>David A. Colecchia       </u>
      Signature
      <u>David A. Colecchia       </u>
      Typed Name
      <u>Colecchia542@comcast.net      </u>
      E mail Address
      <u>324 South Maple Avenue, Greensburg, PA 15601 </u>
      Address
      <u>724-837-2320         </u>
      Phone No.
      <u>PA71830          </u>
      List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**