IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

n

| | |
|---|---|
| In re:<br>Trista Lynn Cook<br>Robert Anthony Cook<br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    Vs.<br>Trista Lynn Cook<br>Robert Anthony Cook<br>    Respondent(s) | Case No. 14-70498JAD<br>Chapter 13<br><br>Doc # __80__ |

## ORDER

AND NOW, this __28th__ day of __August__, 20__19__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then t is **FURTHER ORDERED** as follows:

    A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

    B.    This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.    The Clerk shall give notice to all creditors of this dismissal.

1

      D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

      E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

          (1)    the time deadline provided by state law; or

          (2)    30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ _____ with / _____ without prejudice, without further notice or hearing.

☐ Other: N/A

BY THE COURT:

_____ jsf
United States Bankruptcy Judge

Dated: August 28, 2019

FILED
8/28/19 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 14-70498-JAD
Trista Lynn Cook                                                                    Chapter 13
Robert Anthony Cook
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala              Page 1 of 2              Date Rcvd: Aug 28, 2019
                              Form ID: pdf900         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
```
db/jdb         +Trista Lynn Cook,    Robert Anthony Cook,    1404 Rodgers Street,    Nanty Glo, PA 15943-1347
cr             +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon,
                 1500 One PPG Place,    Pittsburgh, Pa 15222-5413
13888127       +AES/NCT,    AES/DDB,    P. O. Box 8183,    Harrisburg, PA 17105-8183
13888130        Berkheimer,    50 North Seventh Street,    P.O. Box 995,    Bangor, PA 18013-0995
13955016        Berkheimer Associates, Agent for Nanty Glo Borough,    HAB DLT Legal P.O. Box 20662,
                 Lehigh Valley, PA 18002-0662
13888131       +Cambria Somerset Radiology,    239 Main Street, Suite 400,    Johnstown, PA 15901-1640
13888134       +Chase Manhattan Mortgage,    Attn: Bankruptcy Department,    3415 Vision Drive,
                 Columbus, OH 43219-6009
13958069       +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
13916052        Conemaugh Emergency Physician Group,    P. O. Box 644553,    Pittsburgh, PA 15264-4553
13888137        Conemaugh Physician Group,    P.O. Box 644633,    Pittsburgh, PA 15264-4633
13888138       +Convergent,    10750 Hammerly Road BLvd 200,    Houston, TX 77043-2317
13888141       +Credit Prt Associates,    Attn: Bankruptcy,    P. O. Box 802068,    Dallas, TX 75380-2068
13888143        Dr. Gerald Fisher,    Vinco Shopping Plaza,    2690 William Penn Ave., Suite 3,
                 Johnstown, PA 15909-1029
13888145       +Federal Loan Service,    P. O. Box 69184,    Harrisburg, PA 17106-9184
13888146       +James Ference,    213 Luther Road,    Johnstown, PA 15904-2714
13888147        Jonathan Palko,    1575 Rodgers Street,    Nanty Glo, PA 15943
13888148        McCarthy, Burgess & Wolfe,    The MB&W Building,    20000 Cannon Road,    Cleveland, OH 44146
13888149        Memorial Medical Center,    P.O. Box 643928,    Pittsburgh, PA 15264-3928
13934478       +National Collegiate Trust,    Po Box 4941,    Trenton, NJ 08650-4941
13888153        Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
13926746       +Penelec A Firstenergy Company,    c/o Firstenergy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank, NJ 07701-5688
13888154       +Rui Credit Services,    P.O. Box 1349,    Melville, NY 11747-0421
13888155       +Trac/CBSD,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 29 2019 02:54:13
                 Capital One Auto Finance c/o Ascension Capital Gro,    c/o AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2019 02:54:18
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
13956805       +E-mail/Text: bncmail@w-legal.com Aug 29 2019 02:57:13     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13888129        E-mail/Text: g20956@att.com Aug 29 2019 02:57:32     AT&T Mobility,    P. O. Box 6416,
                 Carol Stream, IL 60197-6416
13896545       +E-mail/Text: g20956@att.com Aug 29 2019 02:57:32     AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13888128       +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2019 02:55:55     Ally Financial,
                 P O Box 380901,    Bloomington, MN 55438-0901
13889409        E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2019 02:55:55
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13918376        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2019 02:55:24
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13888136        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2019 02:56:45     COMMONWEALTH OF PA,
                 DEPT. OF REVENUE,    DEPT. 280946,    HARRISBURG, PA 17128-0946
13888132       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 02:54:11
                 Capital Bank One N. A.,    P. O. Box 26625,    Richmond, VA 23261-6625
13888133       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 29 2019 02:54:20
                 Capital One Auto Finance,    3905 North Dallas Parkway,    Plano, TX 75093-7892
13912736       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 29 2019 02:54:42
                 Capital One Auto Finance,c/o AIS Portfolio Service,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13929285        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2019 02:55:13     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13888135        E-mail/Text: documentfiling@lciinc.com Aug 29 2019 02:55:52     Comcast,    P.O. Box 3002,
                 Southeastern, PA 19398-3002
13888139       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 29 2019 02:57:53
                 Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
13888140       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 29 2019 02:54:16     Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13888142        E-mail/Text: Bankruptcy.Consumer@dish.com Aug 29 2019 02:56:53     Dish Network,   Dept 0063,
                 Palatine, IL 60055-0063
13888144        E-mail/Text: bknotice@ercbpo.com Aug 29 2019 02:57:08     Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
```

```
District/off: 0315-7           User: aala              Page 2 of 2              Date Rcvd: Aug 28, 2019
                               Form ID: pdf900         Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13888150      E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 29 2019 02:57:53      Nationwide Insurance,
               Processing Center 27,   P.O. Box 55126,   Boston, MA 02205-5126
13888151      E-mail/Text: bankruptcy@onlineis.com Aug 29 2019 02:57:31      On Line Collections,
               P.O. Box 1489,   Winterville, NC 28590-1489
13888152     +E-mail/PDF: cbp@onemainfinancial.com Aug 29 2019 02:55:03      OneMain Finance,   P. O. Box 499,
               Hanover, MD 21076-0499
13947380      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2019 03:05:54
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13953530     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 29 2019 02:54:51
               PYOD, LLC its successors and assigns as assignee,   of FNBM, LLC,   Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13894080      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 29 2019 02:56:45
               Pennsylvania Department of Revenue,   Bankruptcy Divison PO BOX 280946,
               Harrisburg, PA 17128-0946
13987633      E-mail/PDF: rmscedi@recoverycorp.com Aug 29 2019 02:54:47
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13888156     +E-mail/Text: bnc@alltran.com Aug 29 2019 02:55:58      United Recovery Systems LP,
               5800 North Course Drive,   Houston, TX 77072-1613
13888157     +E-mail/Text: JBRLANSKY@USSCOFCU.NET Aug 29 2019 02:57:57      Ussco Johnstown F C U,
               532 Oakridge Drive,   Johnstown, PA 15904-6915
13888159     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 29 2019 02:55:47
               Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13888158      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 29 2019 02:55:47
               Verizon,   P.O. Box 646,   Baltimore, MD 21265-0646
13888160     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 29 2019 02:55:47
               Verizon,   1515 Woodfield Road, Suite 140,   Schaumburg, IL 60173-6046
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
13916053*      Conemaugh Physician Group,   P. O. Box 644633,   Pittsburgh, PA 15264-4633
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                               Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          andygornall@latouflawfirm.com
         Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
          bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
         David A. Colecchia    on behalf of Joint Debtor Robert Anthony Cook colecchia542@comcast.net,
          dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
          lock@my-lawyers.us
         David A. Colecchia    on behalf of Debtor Trista Lynn Cook colecchia542@comcast.net,
          dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
          lock@my-lawyers.us
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```