UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** TRISTA LYNN & ROBERT ANTHONY COOK
**Case Number:** 14-70498-JAD     **Chapter:** 13

**Date / Time / Room:** WEDNESDAY, SEPTEMBER 04, 2019 10:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion To Dismiss Case filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Debtor on 8/29/2019 filed by Debtor
R / M #:  80 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): David A. Colecchia, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
  ✓ For At Least __90__ Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at
  ___ To Conciliation Conference For _____ at
      _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- Text Order entered 9/4/19 setting continued hearing

FILED
9/4/19 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge