# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** TRISTA LYNN & ROBERT ANTHONY COOK
**Case Number:** 14-70498-JAD   **Chapter:** 13

**Date / Time / Room:** FRIDAY, NOVEMBER 15, 2019 11:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

FILED
11/15/19 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

Motion To Dismiss Case filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by Debtor on 8/29/2019 filed by Debtor
- Hearing Held 9/4/2019  -Continued To 11/15/2019
R / M #:  80 / 0

### Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): David A. Colecchia, Esq.
CREDITOR:

### Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least  60  Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order -  NONJURY  /  JURY
   ___ Simple / Pretrial Order - NONJURY  /  JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- o/e setting conintued hearing

JEFFERY A. DELLER
U.S. Bankruptcy Judge