UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Trista Lynn Cook and Robert Anthony Cook,<br><br>               Debtors,<br><br>Trista Lynn Cook and Robert Anthony Cook,<br><br>               Movants,<br><br>    V.<br><br>No Respondents, | Case No. 14-70498-JAD<br><br>Chapter 13<br><br>Docket Document No. 97<br><br>Related to Docket Document No. 96 |

**CERTIFICATE OF DISCHARGE ELIGIBLITY**

Now comes the Debtors Trista Lynn Cook and Robert Anthony Cook. by and through their attorney David A. Colecchia, Esquire who hereby certifies they are eligible for a discharge and avers as follows:

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of **Section 1328 of the Bankruptcy Code.** The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in **Section 1328(f) (1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code** does not render the Debtors ineligible for a discharge.

4. On August 21, 2014, at Docket Number 16, Debtors complied with **Federal Rule of Bankruptcy Procedure 1007(c)** by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

January 19, 2020                                        Respectfully Submitted,

/s/David A. Colecchia
David A. Colecchia, Esquire
Attorney for the Debtors
PA.I.D.No. 71830
David A. Colecchia and Associates
LAW CARE
324 South Maple Ave.
Greensburg, PA 15601
(724)-837-2320
(724)-737-0602 (Fax)
colecchia542@comcast.net