# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** DAVID LYNN & CAROLYN ANNE RECKART
**Case Number:** 19-70748-JAD      **Chapter:** 12

**Date / Time / Room:** WEDNESDAY, JANUARY 22, 2020 11:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Preliminary Confirmation Status Conference
R / M #:  0 / 0

## Appearances:

RONDA J. WINNECOUR, TRUSTEE  *Pail*
JUSTIN P. SCHANTZ, ATTORNEY FOR DAVID LYNN RECKART, CAROLYN ANNE RECKART

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
  ✓ For At Least **60** Days (Court To Issue Scheduling Order)
  ___ To Hearing Date Of _____ at _____ AM/PM at _____
  ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- text order entered setting continued hearing

FILED
1/22/20 2:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge