**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    TRISTA LYNN COOK<br>ROBERT ANTHONY COOK<br>        Debtor(s)<br>    Ronda J. Winnecour, Trustee<br>        Movant<br>            vs.<br>    TRISTA LYNN COOK<br>ROBERT ANTHONY COOK<br><br>        Respondents | Case No. 14-70498JAD<br><br>Chapter 13<br><br><br>Document No. 100 |

FILED
1/24/20 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this  24th  day of  January , 20 20, it is hereby ORDERED, ADJUDGED, and DECREED that,

Conemaugh Home Health System
C/O Lhc Group - Payroll Manager
901 Hugh Wallis Rd S
Lafayette, LA 70508

is hereby ordered to immediately terminate the attachment of the wages of TRISTA LYNN COOK, social security number XXX-XX-8094. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TRISTA LYNN COOK.

FURTHER ORDERED:  n/a

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Trista Lynn Cook
Robert Anthony Cook
    Debtors

Case No. 14-70498-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: dpas     Page 1 of 1     Date Rcvd: Jan 24, 2020
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.
db/jdb        +Trista Lynn Cook,   Robert Anthony Cook,   1404 Rodgers Street,   Nanty Glo, PA 15943-1347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:
          Andrew F Gornall   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Brett A. Solomon   on behalf of Creditor   Ally Financial Inc. f/k/a GMAC Inc.
           bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com
          David A. Colecchia   on behalf of Joint Debtor Robert Anthony Cook colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
          David A. Colecchia   on behalf of Debtor Trista Lynn Cook colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
          James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                       TOTAL: 8