UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Trista Lynn Cook,<br>Robert Anthony Cook,<br>            Debtors,<br><br>Ronda Winnecour, Chapter 13<br>            Movant<br><br>       V.<br>Trista Lynn Cook<br>Robert Anthony Cook<br>            Respondents | Case No. 14-70498-JAD<br><br>Related to Docket Document 101<br><br>Docket Document No. 104 |

## CERTIFICATE OF SERVICE

*Order to Stop Payroll Deductions* at DOC 101 and this *COS*. I certify under penalty of perjury that I served the above captioned pleadings on the parties at the address specified below or on the attached list on January 28, 2020. The types of service made on the parties were Prepaid United States First Class Mail containing a request for return of service address and electronic notification.

**Parties served by Prepaid United States First Class Mail:**
Trista Lynn Cook
1404 Rodgers Street
Nanty Glo, PA 15943

Conemaugh Home Health System
C/O LHC Group- Payroll Manager
901 Hugh Wallis Road S
Lafayette, LA  70508

**Parties served by Electronic Notification:**
Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

**EXECUTED ON:** January 28, 2020        **By:** /s/David A. Colecchia, Esquire
                                                David A. Colecchia
                                                David A. Colecchia and Associates
                                                Law Care, 324 S. Maple Ave.
                                                Greensburg, PA 15601
                                                724-837-2320
                                                724-837-0602-fax
                                                PA ID  71830
                                                dcolecchia@my-lawyers.us