Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Trista Lynn Cook
fka Trista Lynn Palko
Robert Anthony Cook**
   Debtor(s)

Bankruptcy Case No.: 14−70498−JAD

Chapter: 13
Docket No.: 108 − 107

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of February, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/6/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/15/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/6/20.**

                                              <u>Jeffery A. Deller</u>
                                              United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                                   Case No. 14-70498-JAD
Trista Lynn Cook                                                         Chapter 13
Robert Anthony Cook
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                    Page 1 of 2           Date Rcvd: Feb 28, 2020
                              Form ID: 408                  Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb         +Trista Lynn Cook,    Robert Anthony Cook,    1404 Rodgers Street,     Nanty Glo, PA 15943-1347
cr             +Ally Financial Inc. f/k/a GMAC Inc.,    Tucker Arensberg, P.C.,     c/o Brett A. Solomon,
                 1500 One PPG Place,    Pittsburgh, Pa 15222-5413
13888127       +AES/NCT,    AES/DDB,    P. O. Box 8183,    Harrisburg, PA 17105-8183
13888130        Berkheimer,    50 North Seventh Street,     P.O. Box 995,    Bangor, PA 18013-0995
13955016        Berkheimer Associates, Agent for Nanty Glo Borough,     HAB DLT Legal P.O. Box 20662,
                 Lehigh Valley, PA 18002-0662
13888131       +Cambria Somerset Radiology,    239 Main Street, Suite 400,     Johnstown, PA 15901-1640
13888134       +Chase Manhattan Mortgage,    Attn: Bankruptcy Department,     3415 Vision Drive,
                 Columbus, OH 43219-6009
13958069       +Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
13916052        Conemaugh Emergency Physician Group,    P. O. Box 644553,     Pittsburgh, PA 15264-4553
13888137        Conemaugh Physician Group,    P.O. Box 644633,    Pittsburgh, PA 15264-4633
13888141       +Credit Prt Associates,    Attn: Bankruptcy,    P. O. Box 802068,    Dallas, TX 75380-2068
13888143        Dr. Gerald Fisher,    Vinco Shopping Plaza,    2690 William Penn Ave., Suite 3,
                 Johnstown, PA 15909-1029
13888145       +Federal Loan Service,    P. O. Box 69184,    Harrisburg, PA 17106-9184
13888146       +James Ference,    213 Luther Road,    Johnstown, PA 15904-2714
13888147        Jonathan Palko,    1575 Rodgers Street,    Nanty Glo, PA 15943
13888148        McCarthy, Burgess & Wolfe,    The MB&W Building,    20000 Cannon Road,    Cleveland, OH 44146
13888149        Memorial Medical Center,    P.O. Box 643928,    Pittsburgh, PA 15264-3928
13934478       +National Collegiate Trust,    Po Box 4941,    Trenton, NJ 08650-4941
13888153        Penelec,    P.O. Box 3687,    Akron, OH 44309-3687
13926746       +Penelec A Firstenergy Company,    c/o Firstenergy Corp,    331 Newman Springs Road, Building 3,
                 Red Bank, NJ 07701-5688
13888154       +Rui Credit Services,    P.O. Box 1349,    Melville, NY 11747-0421
13888155       +Trac/CBSD,    P. O. Box 6500,    Sioux Falls, SD 57117-6500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 29 2020 03:18:03
                 Capital One Auto Finance c/o Ascension Capital Gro,    c/o AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 29 2020 03:17:19
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13956805       +E-mail/Text: bncmail@w-legal.com Feb 29 2020 03:10:45      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,     SEATTLE, WA 98121-3132
13888129        E-mail/Text: g20956@att.com Feb 29 2020 03:11:20      AT&T Mobility,    P. O. Box 6416,
                 Carol Stream, IL 60197-6416
13896545       +E-mail/Text: g20956@att.com Feb 29 2020 03:11:20      AT&T Mobility II LLC,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13888128       +E-mail/Text: ally@ebn.phinsolutions.com Feb 29 2020 03:08:33      Ally Financial,
                 P O Box 380901,    Bloomington, MN 55438-0901
13889409        E-mail/Text: ally@ebn.phinsolutions.com Feb 29 2020 03:08:33
                 Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13918376        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:16:48
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13888136        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 03:10:00      COMMONWEALTH OF PA,
                 DEPT. OF REVENUE,    DEPT. 280946,    HARRISBURG, PA 17128-0946
13888132       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 03:16:20
                 Capital Bank One N. A.,    P. O. Box 26625,    Richmond, VA 23261-6625
13888133       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 29 2020 03:16:40
                 Capital One Auto Finance,    3905 North Dallas Parkway,    Plano, TX 75093-7892
13912736       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 29 2020 03:16:23
                 Capital One Auto Finance,c/o AIS Portfolio Service,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13929285        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 03:18:01      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC 28272-1083
13888135        E-mail/Text: documentfiling@lciinc.com Feb 29 2020 03:08:27      Comcast,    P.O. Box 3002,
                 Southeastern, PA 19398-3002
13888138       +E-mail/Text: convergent@ebn.phinsolutions.com Feb 29 2020 03:11:14      Convergent,
                 10750 Hammerly Road BLvd 200,    Houston, TX 77043-2317
13888139       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 29 2020 03:11:43
                 Credit Collection Services,    Two Wells Avenue,    Newton, MA 02459-3246
13888140       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 29 2020 03:16:25      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13888142        E-mail/Text: Bankruptcy.Consumer@dish.com Feb 29 2020 03:10:18      Dish Network,    Dept 0063,
                 Palatine, IL 60055-0063
13888144        E-mail/Text: bknotice@ercbpo.com Feb 29 2020 03:10:38      Enhanced Recovery Corporation,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
```

```
District/off: 0315-7          User: jfur                  Page 2 of 2                  Date Rcvd: Feb 28, 2020
                              Form ID: 408                Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13888150       E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 29 2020 03:11:43      Nationwide Insurance,
                 Processing Center 27,    P.O. Box 55126,    Boston, MA 02205-5126
13888151       E-mail/Text: bankruptcy@onlineis.com Feb 29 2020 03:11:19      On Line Collections,
                 P.O. Box 1489,    Winterville, NC 28590-1489
13888152      +E-mail/PDF: cbp@onemainfinancial.com Feb 29 2020 03:17:46      OneMain Finance,    P. O. Box 499,
                 Hanover, MD 21076-0499
13947380       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:17:17
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13953530      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:16:34
                 PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
13894080       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 03:10:00
                 Pennsylvania Department of Revenue,    Bankruptcy Divison PO BOX 280946,
                 Harrisburg, PA 17128-0946
13987633       E-mail/PDF: rmscedi@recoverycorp.com Feb 29 2020 03:16:30
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13888156      +E-mail/Text: bnc@alltran.com Feb 29 2020 03:09:07      United Recovery Systems LP,
                 5800 North Course Drive,    Houston, TX 77072-1613
13888157      +E-mail/Text: JBRLANSKY@USSCOFCU.NET Feb 29 2020 03:11:45      Ussco Johnstown F C U,
                 532 Oakridge Drive,    Johnstown, PA 15904-6915
13888159      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:21
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13888158       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:21
                 Verizon,    P.O. Box 646,    Baltimore, MD 21265-0646
13888160      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:21
                 Verizon,    1515 Woodfield Road, Suite 140,    Schaumburg, IL 60173-6046
                                                                                              TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
13916053*      Conemaugh Physician Group,    P. O. Box 644633,    Pittsburgh, PA 15264-4633
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
           bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
          David A. Colecchia    on behalf of Joint Debtor Robert Anthony Cook colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          David A. Colecchia    on behalf of Debtor Trista Lynn Cook colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Michael John Clark    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```