**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TRISTA LYNN COOK<br>ROBERT ANTHONY COOK<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:14-70498 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

| | |
|---|---|
| February 25, 2020 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/14/2014 and confirmed on 9/3/14 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 80,053.89 |
| Less Refunds to Debtor | 2,648.76 | |
| TOTAL AMOUNT OF PLAN FUND | | 77,405.13 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,575.00 | |
|    Trustee Fee | 3,250.80 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,825.80 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN CHASE BANK | 0.00 | 26,671.94 | 0.00 | 26,671.94 |
|     Acct: 6781 | | | | |
|   JPMORGAN CHASE BANK | 881.52 | 881.52 | 0.00 | 881.52 |
|     Acct: 6781 | | | | |
|   USSCO FEDERAL CREDIT UNION(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9775 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 17,896.34 | 17,896.34 | 981.79 | 18,878.13 |
|     Acct: 2060 | | | | |
|   ALLY FINANCIAL(*) | 20,738.74 | 20,738.74 | 2,847.32 | 23,586.06 |
|     Acct: 8272 | | | | |
| | | | | 70,017.65 |
| **Priority** | | | | |
|   DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRISTA LYNN COOK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRISTA LYNN COOK | 2,648.76 | 2,648.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A COLECCHIA ESQ | 3,575.00 | 3,575.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NANTY GLO BOROUGH (EIT) | 195.00 | 195.00 | 0.00 | 195.00 |
|     Acct: 8094 | | | | |
|   PA DEPARTMENT OF REVENUE* | 366.68 | 366.68 | 0.00 | 366.68 |
|     Acct: 8094 | | | | |
| | | | | 561.68 |
| **Unsecured** | | | | |
|   AES/PHEAA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   AT & T MOBILITY II LLC | 667.84 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5360 | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3570 | | | | |
| CAMBRIA SOMERSET RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1392 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 473.68 | 0.00 | 0.00 | 0.00 |
| Acct: 7999 | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8361 | | | | |
| CONEMAUGH PHYSICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0452 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2907 | | | | |
| PYOD LLC | 1,056.34 | 0.00 | 0.00 | 0.00 |
| Acct: 5776 | | | | |
| CREDIT PROTECTION ASSN. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0985 | | | | |
| GERALD FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4400 | | | | |
| NATIONAL COLLEGIATE TRUST | 7,066.48 | 0.00 | 0.00 | 0.00 |
| Acct: 8094 | | | | |
| US DEPARTMENT OF EDUCATION | 12,899.69 | 0.00 | 0.00 | 0.00 |
| Acct: 8094 | | | | |
| DR JAMES FEKENCE DMD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0771 | | | | |
| MEMORIAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2001 | | | | |
| MEMORIAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5001 | | | | |
| NATIONWIDE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8174 | | | | |
| ALTAIR OH XIII LLC | 10,833.27 | 0.00 | 0.00 | 0.00 |
| Acct: 6765 | | | | |
| PENELEC/FIRST ENERGY** | 2,780.73 | 0.00 | 0.00 | 0.00 |
| Acct: 6052 | | | | |
| PENELEC/FIRST ENERGY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7277 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 1,293.66 | 0.00 | 0.00 | 0.00 |
| Acct: 1651 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 75.14 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 130.18 | 0.00 | 0.00 | 0.00 |
| Acct: 7779 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOF | 353.92 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| USSCO FEDERAL CREDIT UNION(*) | 16.36 | 0.00 | 0.00 | 0.00 |
| Acct: 9775 | | | | |
| PA DEPARTMENT OF REVENUE* | 18.20 | 0.00 | 0.00 | 0.00 |
| Acct: 8094 | | | | |
| CONEMAUGH EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2225 | | | | |
| CONEMAUGH PHYSICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0452 | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 70,579.33 |
| TOTAL CLAIMED | 561.68 | |
| PRIORITY | 39,516.60 | |
| SECURED | 37,665.49 | |

Date: 02/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　TRISTA LYNN COOK<br>　　ROBERT ANTHONY COOK<br>　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　　No Repondents. | Case No.:14-70498 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 14-70498-JAD
Trista Lynn Cook                                                  Chapter 13
Robert Anthony Cook
       Debtors
                               CERTIFICATE OF NOTICE
District/off: 0315-7          User: jfur                Page 1 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: pdf900           Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb         +Trista Lynn Cook,   Robert Anthony Cook,   1404 Rodgers Street,   Nanty Glo, PA 15943-1347
cr             +Ally Financial Inc. f/k/a GMAC Inc.,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon,
                 1500 One PPG Place,   Pittsburgh, Pa 15222-5413
13888127       +AES/NCT,    AES/DDB,    P. O. Box 8183,   Harrisburg, PA 17105-8183
13888130        Berkheimer,   50 North Seventh Street,    P.O. Box 995,   Bangor, PA 18013-0995
13955016        Berkheimer Associates, Agent for Nanty Glo Borough,   HAB DLT Legal P.O. Box 20662,
                 Lehigh Valley, PA 18002-0662
13888131       +Cambria Somerset Radiology,   239 Main Street, Suite 400,   Johnstown, PA 15901-1640
13888134       +Chase Manhattan Mortgage,   Attn: Bankruptcy Department,   3415 Vision Drive,
                 Columbus, OH 43219-6009
13958069       +Chase Records Center,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
13916052        Conemaugh Emergency Physician Group,   P. O. Box 644553,   Pittsburgh, PA 15264-4553
13888137        Conemaugh Physician Group,   P.O. Box 644633,   Pittsburgh, PA 15264-4633
13888141       +Credit Prt Associates,   Attn: Bankruptcy,   P. O. Box 802068,   Dallas, TX 75380-2068
13888143        Dr. Gerald Fisher,   Vinco Shopping Plaza,   2690 William Penn Ave., Suite 3,
                 Johnstown, PA 15909-1029
13888145       +Federal Loan Service,    P. O. Box 69184,   Harrisburg, PA 17106-9184
13888146       +James Ference,   213 Luther Road,   Johnstown, PA 15904-2714
13888147        Jonathan Palko,   1575 Rodgers Street,   Nanty Glo, PA 15943
13888148        McCarthy, Burgess & Wolfe,   The MB&W Building,   20000 Cannon Road,   Cleveland, OH 44146
13888149        Memorial Medical Center,   P.O. Box 643928,   Pittsburgh, PA 15264-3928
13934478       +National Collegiate Trust,   Po Box 4941,   Trenton, NJ 08650-4941
13888153        Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
13926746       +Penelec A Firstenergy Company,   c/o Firstenergy Corp,   331 Newman Springs Road, Building 3,
                 Red Bank, NJ 07701-5688
13888154       +Rui Credit Services,   P.O. Box 1349,   Melville, NY 11747-0421
13888155       +Trac/CBSD,    P. O. Box 6500,   Sioux Falls, SD 57117-6500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 29 2020 03:17:13
                 Capital One Auto Finance c/o Ascension Capital Gro,   c/o AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 29 2020 03:17:19
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13956805       +E-mail/Text: bncmail@w-legal.com Feb 29 2020 03:10:45     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13888129        E-mail/Text: g20956@att.com Feb 29 2020 03:11:21     AT&T Mobility,   P. O. Box 6416,
                 Carol Stream, IL 60197-6416
13896545       +E-mail/Text: g20956@att.com Feb 29 2020 03:11:21     AT&T Mobility II LLC,
                 % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13888128       +E-mail/Text: ally@ebn.phinsolutions.com Feb 29 2020 03:08:33     Ally Financial,
                 P O Box 380901,   Bloomington, MN 55438-0901
13889409        E-mail/Text: ally@ebn.phinsolutions.com Feb 29 2020 03:08:33
                 Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13918376        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 29 2020 03:16:48
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13888136        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 03:10:05     COMMONWEALTH OF PA,
                 DEPT. OF REVENUE,   DEPT. 280946,   HARRISBURG, PA 17128-0946
13888132       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 03:17:11
                 Capital Bank One N. A.,   P. O. Box 26625,   Richmond, VA 23261-6625
13888133       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 29 2020 03:16:37
                 Capital One Auto Finance,   3905 North Dallas Parkway,   Plano, TX 75093-7892
13912736       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 29 2020 03:17:13
                 Capital One Auto Finance,c/o AIS Portfolio Service,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13929285        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 29 2020 03:16:23     Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC 28272-1083
13888135        E-mail/Text: documentfiling@lciinc.com Feb 29 2020 03:08:28     Comcast,   P.O. Box 3002,
                 Southeastern, PA 19398-3002
13888138       +E-mail/Text: convergent@ebn.phinsolutions.com Feb 29 2020 03:11:14     Convergent,
                 10750 Hammerly Road BLvd 200,   Houston, TX 77043-2317
13888139       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 29 2020 03:11:43
                 Credit Collection Services,   Two Wells Avenue,   Newton, MA 02459-3246
13888140       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 29 2020 03:17:16     Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13888142        E-mail/Text: Bankruptcy.Consumer@dish.com Feb 29 2020 03:10:19     Dish Network,   Dept 0063,
                 Palatine, IL 60055-0063
13888144        E-mail/Text: bknotice@ercbpo.com Feb 29 2020 03:10:40     Enhanced Recovery Corporation,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
```

```
District/off: 0315-7          User: jfur              Page 2 of 2           Date Rcvd: Feb 28, 2020
                              Form ID: pdf900         Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13888150       E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 29 2020 03:11:43     Nationwide Insurance,
                Processing Center 27,   P.O. Box 55126,   Boston, MA 02205-5126
13888151       E-mail/Text: bankruptcy@onlineis.com Feb 29 2020 03:11:19      On Line Collections,
                P.O. Box 1489,   Winterville, NC 28590-1489
13888152      +E-mail/PDF: cbp@onemainfinancial.com Feb 29 2020 03:17:52     OneMain Finance,   P. O. Box 499,
                Hanover, MD 21076-0499
13947380       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:18:24
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13953530      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 29 2020 03:18:21
                PYOD, LLC its successors and assigns as assignee,   of FNBM, LLC,   Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
13894080       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 03:10:05
                Pennsylvania Department of Revenue,   Bankruptcy Divison PO BOX 280946,
                Harrisburg, PA 17128-0946
13987633       E-mail/PDF: rmscedi@recoverycorp.com Feb 29 2020 03:18:21
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13888156      +E-mail/Text: bnc@alltran.com Feb 29 2020 03:09:07     United Recovery Systems LP,
                5800 North Course Drive,   Houston, TX 77072-1613
13888157      +E-mail/Text: JBRLANSKY@USSCOFCU.NET Feb 29 2020 03:11:45     Ussco Johnstown F C U,
                532 Oakridge Drive,   Johnstown, PA 15904-6915
13888159      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:24
                Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13888158       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:24
                Verizon,   P.O. Box 646,   Baltimore, MD 21265-0646
13888160      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 29 2020 03:08:24
                Verizon,   1515 Woodfield Road, Suite 140,   Schaumburg, IL 60173-6046
                                                                                               TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
13916053*      Conemaugh Physician Group,   P. O. Box 644633,   Pittsburgh, PA 15264-4633
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
           bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
          David A. Colecchia    on behalf of Joint Debtor Robert Anthony Cook colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          David A. Colecchia    on behalf of Debtor Trista Lynn Cook colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Michael John Clark    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 9
```