IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 14-70498JAD |
| Trista Lynn Cook | ) | Chapter 13 |
| Robert Anthony Cook | ) | |
|     Debtor(s) | ) | |
| | ) | Doc #_____103_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
|     Movant(s) | ) | FILED |
|     Vs. | ) | 3/23/20 3:20 pm |
| | ) | CLERK |
| Trista Lynn Cook | ) | U.S. BANKRUPTCY |
| Robert Anthony Cook | ) | COURT - WDPA |
|     Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on July 29, 2019 (document #80) is hereby WITHDRAWN.  The hearing scheduled for April 3, 2020 is cancelled.

                                          Respectfully submitted

<u>01/27/2020</u>                                /s/ Ronda J. Winnecour

                                          Ronda J. Winnecour (PA I.D. #30399)
                                          Attorney and Chapter 13 Trustee
So Ordered This 23rd Day of      U.S. Steel Tower – Suite 3250
May 2020                                  600 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com


jsf

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-70498-JAD
Trista Lynn Cook                                                        Chapter 13
Robert Anthony Cook
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dpas              Page 1 of 2           Date Rcvd: Mar 23, 2020
                              Form ID: pdf900         Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
```
db/jdb         +Trista Lynn Cook,   Robert Anthony Cook,   1404 Rodgers Street,   Nanty Glo, PA 15943-1347
cr             +Ally Financial Inc. f/k/a GMAC Inc.,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon,
                 1500 One PPG Place,   Pittsburgh, Pa 15222-5413
13888127       +AES/NCT,   AES/DDB,   P. O. Box 8183,   Harrisburg, PA 17105-8183
13888130        Berkheimer,   50 North Seventh Street,   P.O. Box 995,   Bangor, PA 18013-0995
13955016        Berkheimer Associates, Agent for Nanty Glo Borough,   HAB DLT Legal P.O. Box 20662,
                 Lehigh Valley, PA 18002-0662
13888131       +Cambria Somerset Radiology,   239 Main Street, Suite 400,   Johnstown, PA 15901-1640
13888134       +Chase Manhattan Mortgage,   Attn: Bankruptcy Department,   3415 Vision Drive,
                 Columbus, OH 43219-6009
13958069       +Chase Records Center,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
                 Monroe, LA 71203-4774
13916052        Conemaugh Emergency Physician Group,   P. O. Box 644553,   Pittsburgh, PA 15264-4553
13888137        Conemaugh Physician Group,   P.O. Box 644633,   Pittsburgh, PA 15264-4633
13888141       +Credit Prt Associates,   Attn: Bankruptcy,   P. O. Box 802068,   Dallas, TX 75380-2068
13888143        Dr. Gerald Fisher,   Vinco Shopping Plaza,   2690 William Penn Ave., Suite 3,
                 Johnstown, PA 15909-1029
13888145       +Federal Loan Service,   P. O. Box 69184,   Harrisburg, PA 17106-9184
13888146       +James Ference,   213 Luther Road,   Johnstown, PA 15904-2714
13888147        Jonathan Palko,   1575 Rodgers Street,   Nanty Glo, PA 15943
13888148        McCarthy, Burgess & Wolfe,   The MB&W Building,   20000 Cannon Road,   Cleveland, OH 44146
13888149        Memorial Medical Center,   P.O. Box 643928,   Pittsburgh, PA 15264-3928
13934478       +National Collegiate Trust,   Po Box 4941,   Trenton, NJ 08650-4941
13888153        Penelec,   P.O. Box 3687,   Akron, OH 44309-3687
13926746       +Penelec A Firstenergy Company,   c/o Firstenergy Corp,   331 Newman Springs Road, Building 3,
                 Red Bank, NJ 07701-5688
13888154       +Rui Credit Services,   P.O. Box 1349,   Melville, NY 11747-0421
13888155       +Trac/CBSD,   P. O. Box 6500,   Sioux Falls, SD 57117-6500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2020 02:52:55
                 Capital One Auto Finance c/o Ascension Capital Gro,   c/o AIS Portfolio Services,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 24 2020 02:53:21
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL 33131-1605
13956805       +E-mail/Text: bncmail@w-legal.com Mar 24 2020 02:44:58     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13888129        E-mail/Text: g20956@att.com Mar 24 2020 02:45:08     AT&T Mobility,   P. O. Box 6416,
                 Carol Stream, IL 60197-6416
13896545       +E-mail/Text: g20956@att.com Mar 24 2020 02:45:08     AT&T Mobility II LLC,
                 % AT&T Services, Inc,   Karen Cavagnaro, Paralegal,   One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
13888128       +E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2020 02:44:30     Ally Financial,
                 P O Box 380901,   Bloomington, MN 55438-0901
13889409        E-mail/Text: ally@ebn.phinsolutions.com Mar 24 2020 02:44:30
                 Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13918376        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2020 02:52:24
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK 73124-8838
13888136        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2020 02:44:46     COMMONWEALTH OF PA,
                 DEPT. OF REVENUE,   DEPT. 280946,   HARRISBURG, PA 17128-0946
13888132       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 02:52:54
                 Capital Bank One N. A.,   P. O. Box 26625,   Richmond, VA 23261-6625
13888133       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 24 2020 02:52:23
                 Capital One Auto Finance,   3905 North Dallas Parkway,   Plano, TX 75093-7892
13912736       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2020 02:52:55
                 Capital One Auto Finance,c/o AIS Portfolio Service,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
13929285        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 24 2020 02:53:28     Capital One, N.A.,
                 PO Box 71083,   Charlotte, NC 28272-1083
13888135        E-mail/Text: documentfiling@lciinc.com Mar 24 2020 02:44:28     Comcast,   P.O. Box 3002,
                 Southeastern, PA 19398-3002
13888138       +E-mail/Text: convergent@ebn.phinsolutions.com Mar 24 2020 02:45:06     Convergent,
                 10750 Hammerly Road BLvd 200,   Houston, TX 77043-2317
13888139       +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 24 2020 02:45:18
                 Credit Collection Services,   Two Wells Avenue,   Newton, MA 02459-3246
13888140       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 24 2020 02:52:18     Credit One Bank,
                 Po Box 98873,   Las Vegas, NV 89193-8873
13888142        E-mail/Text: Bankruptcy.Consumer@dish.com Mar 24 2020 02:44:51     Dish Network,   Dept 0063,
                 Palatine, IL 60055-0063
13888144        E-mail/Text: bknotice@ercbpo.com Mar 24 2020 02:44:57     Enhanced Recovery Corporation,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
```

```
District/off: 0315-7            User: dpas                  Page 2 of 2                   Date Rcvd: Mar 23, 2020
                                Form ID: pdf900             Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13888150          E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 24 2020 02:45:18      Nationwide Insurance,
                   Processing Center 27,   P.O. Box 55126,    Boston, MA 02205-5126
13888151          E-mail/Text: bankruptcy@onlineis.com Mar 24 2020 02:45:07      On Line Collections,
                   P.O. Box 1489,    Winterville, NC 28590-1489
13888152         +E-mail/PDF: cbp@onemainfinancial.com Mar 24 2020 02:53:12      OneMain Finance,   P. O. Box 499,
                   Hanover, MD 21076-0499
13947380          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2020 02:52:48
                   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13953530         +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 24 2020 02:52:50
                   PYOD, LLC its successors and assigns as assignee,    of FNBM, LLC,   Resurgent Capital Services,
                   PO Box 19008,    Greenville, SC 29602-9008
13894080          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2020 02:44:46
                   Pennsylvania Department of Revenue,    Bankruptcy Divison PO BOX 280946,
                   Harrisburg, PA 17128-0946
13987633          E-mail/PDF: rmscedi@recoverycorp.com Mar 24 2020 02:53:21
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13888156         +E-mail/Text: bnc@alltran.com Mar 24 2020 02:44:32      United Recovery Systems LP,
                   5800 North Course Drive,    Houston, TX 77072-1613
13888157         +E-mail/Text: JBRLANSKY@USSCOFCU.NET Mar 24 2020 02:45:19      Ussco Johnstown F C U,
                   532 Oakridge Drive,    Johnstown, PA 15904-6915
13888159         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 24 2020 02:44:26
                   Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13888158          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 24 2020 02:44:26
                   Verizon,    P.O. Box 646,    Baltimore, MD 21265-0646
13888160         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 24 2020 02:44:26
                   Verizon,    1515 Woodfield Road, Suite 140,    Schaumburg, IL 60173-6046
                                                                                               TOTAL: 31

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
13916053*        Conemaugh Physician Group,   P. O. Box 644633,   Pittsburgh, PA 15264-4633
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           andygornall@latouflawfirm.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
           bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
          David A. Colecchia    on behalf of Joint Debtor Robert Anthony Cook colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          David A. Colecchia    on behalf of Debtor Trista Lynn Cook colecchia542@comcast.net,
           dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
           lock@my-lawyers.us
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Michael John Clark    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 9
```