# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            Bankruptcy No. 14-70498-JAD

    Trista Lynn Cook,                        Chapter 13

    Robert Anthony Cook,

          Debtors,

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:           Conemaugh Emergency Physician Group
    Incorrect Address:       P.O. Box 644553
                                    Pittsburgh, PA 15264

Corrected Address:

    Creditor Name:           Conemaugh Emergency Physician Group
    Correct Address:         1086 Franklin Street
                                    Johnstown, PA 15264

                                                        /s/David A. Colecchia, Esquire

Dated: May 12, 2020                            Electronic Signature of Debtor(s)' Attorney
                                                        Law Care
                                                        David A. Colecchia and Associates
                                                        324 South Maple Ave.
                                                        Greensburg, PA 15601
                                                        724-837-2320
                                                        PA Bar I.D. 71830
                                                        dcolecchia@my-lawyers.us