# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    Bankruptcy No. 14-70498-JAD

    Trista Lynn Cook,                            Chapter 13

    Robert Anthony Cook,

            Debtors,

NOTICE OF
CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:        Memorial Medical Center
    Incorrect Address:    P.O. Box 643928
                                  Pittsburgh, PA 15264

Corrected Address:

    Creditor Name:        Memorial Medical Center
    Correct Address:      1086 Franklin Street
                                  Johnstown, PA 15264

                                                         /s/David A. Colecchia, Esquire

Dated: May 12, 2020                                Electronic Signature of Debtor(s)' Attorney

                                                         Law Care

                                                         David A. Colecchia and Associates

                                                         324 South Maple Ave.

                                                         Greensburg, PA 15601

                                                         724-837-2320

                                                          PA Bar I.D. 71830

                                                         dcolecchia@my-lawyers.us